**BRYAN CAVE LLP**
Daniel Rockey, California Bar No. 137454
Joseph J. Poppen, California Bar No. 239282
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: joseph.poppen@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.; HOMESALES, INC.; EMC MORTGAGE, LLC; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LONNIE RATLIFF, JR.<br><br>   Plaintiff<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A.; *et.al*.<br><br>   Defendants. | Case No.: CV-17-2155 EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>The Honorable Edward M. Chen<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Action Filed: April 18, 2017<br>Trial Date: None |

# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Local Rule 3-15, defendant JPMorgan Chase Bank, N.A. is a national banking association organized under the National Bank Act. JPMorgan Chase Bank, N.A. is 100% owned by JPMorgan Chase & Company, a publicly owned corporation listed on the New York Stock Exchange (symbol "JPM"). JPMorgan Chase & Co. has no parent company, and no publicly-held company owns more than 10% of JPMorgan Chase & Co.'s shares. Defendant EMC Mortgage, LLC is a wholly owned subsidiary of The Bear Stearns Companies, LLC. The Bear Stearns Companies, LLC is a wholly owned subsidiary of JPMorgan Chase & Co. Defendant Homesales, Inc. is also a wholly owned subsidiary of JPMorgan Chase & Co.

Defendant Mortgage Electronic Registration Systems, Inc. is a wholly-owned subsidiary of MERSCORP Holdings, Inc. MERSCORP Holdings, Inc. is owned by Maroon Holding, LLC. Intercontinental Exchange, Inc. is the only publicly-held corporation that individually owns 10% or more of Maroon Holding, LLC.

Dated: May 16, 2017  **BRYAN CAVE LLP**

By: /s/ Joseph J. Poppen
Joseph J. Poppen
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.; HOMESALES, INC.; EMC MORTGAGE, LLC; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 and not a party to the within action. My business address is: Three Embarcadero Center, 7th Floor, San Francisco, CA 94111, and my email address is: malou.sana@bryancave.com.

On May 16, 2017, I served on the interested parties in said action the within:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on each interested party in this action, as follows:

Lonnie Ratliff, Jr                          In Pro Per
2304 9th Avenue
(Rear Unit)
Oakland, CA 94606

☒ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY)** Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

☐ **(BY FACSIMILE)** I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 16, 2017, at San Francisco, California.

*[Signature]*
Marilou P. Sana

SF01DOCS\302062.3\0557584