| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>MICHAEL YESK | SBN: 130056<br>YESK LAW<br>70 DORAY DRIVE   PLEASANT HILL, CA 94523<br>TELEPHONE NO.: (925) 849-5525 | FAX NO. | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PRO PER: | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS: 450 GOLDEN GATE #1111<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: NORTHERN DISTRICT | |
| PLAINTIFF: LONNIE RATLIFF, JR., AN INDIVIDUAL<br>DEFENDANT: JP MORGAN CHASE BANK, et al. | CASE NUMBER:<br>17-CV-2155 EMC |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION;COMPLAINT;**

PARTY SERVED:  **DEUTSCHE BANK NATIONAL TRUST COMPANY AKA DEUTSCHE BANK TRUST AS TRUSTEE FOR SECURITIZED TRUST IMPAC CMB 2003-12 TRUST**

PERSON SERVED:  **SUZANNE PATTEN - AUTHORIZED TO ACCEPT**

DATE & TIME OF DELIVERY:  7/31/2017
3:47 PM

ADDRESS, CITY, AND STATE:  **1761 E SAINT ANDREW PLACE**
SANTA ANA, CA 92705

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $80.00
County: ORANGE
Registration No.: PSC 5014
S & R Services
903 Sneath Lane, Suite 227
San Bruno, CA 94066
(650) 794-1923

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on August 07, 2017.

Signature: _____
COLLEEN DAWN

**PROOF OF SERVICE**
982(a)(23)[New July 1, 1987]                                                                                                                                                    Order#: 6981/General