| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Renee Choy Ohlendorf (SBN 263939)<br>rchoy@hinshawlaw.com<br>Tyler A. Carle (SBN 298033)<br>tcarle@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>One California Street, 18th Floor<br>San Francisco, CA 94111<br>Telephone:   415-362-6000<br>Facsimile:    415-834-9070 |
| 6 | IMPAC MORTGAGE HOLDINGS, INC. |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LONNIE RATLIFF, JR., an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>JP MORGAN CHASE BANK, N.A., a National Banking Association aka CHASE; EMC MORTGAGE, LLC f/k/a EMC MORTGAGE CORPORATION; HOMESALES, INC., a Delaware corporation; THE MORTGAGE STORE FINANCIAL, INC., a California corporation; IMPAC MORTGAGE HOLDINGS, INC., a Maryland corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY aka DEUTSCHE BANK TRUST AS TRUSTEE FOR SECURITIZED TRUST IMPAC CMB 2003-12 TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC., a limited liability company; FIRST AMERICAN TITLE INSURANCE CO. and DOES 1 through 100, inclusive,<br><br>         Defendants. | Case No. 3:17-cv-02155-EMC<br><br>**DEFENDANT IMPAC MORTGAGE HOLDINGS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:  April 18, 2017 |

---

1

DEFENDANT IMPAC MORTGAGE HOLDINGS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

300372432v1 2009

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. Defendant Impac Mortgage Holdings, Inc. is publicly traded, does not have a parent company, and no publicly held company owns more than 10% of Impac Mortgage Holdings, Inc.

Dated: September 1, 2017

HINSHAW & CULBERTSON LLP

By: /s/Renee Choy Ohlendorf
Renee Choy Ohlendorf
Tyler A. Carle
Attorneys for Defendant
IMPAC MORTGAGE HOLDINGS, INC.

# CERTIFICATE OF SERVICE

**LONNIE RATLIFF, JR., an individual v. JP MORGAN CHASE BANK, N.A., a National Banking Association aka CHASE; EMC MORTGAGE, LLC f/k/a EMC MORTGAGE CORPORATION; HOMESALES, INC., a Delaware corporation; THE MORTGAGE STORE FINANCIAL, INC., a California corporation; IMPAC MORTGAGE HOLDINGS, INC., a Maryland corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY aka DEUTSCHE BANK TRUST AS TRUSTEE FOR SECURITIZED TRUST IMPAC CMB 2003-12 TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC., a limited liability company; FIRST AMERICAN TITLE INSURANCE CO. and DOES 1 through 100, inclusive**

**3:17-cv-02155-EMC**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, California 94111.

On September 1, 2017, I served the document(s) entitled **DEFENDANT IMPAC MORTGAGE HOLDINGS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS,** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

## SEE ATTACHED SERVICE LIST

☐ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposited such envelope to be placed for collection and handling, via UPS following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked up by UPS at San Francisco, California.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on September 1, 2017, at San Francisco, California.

/s/Robert L Novak
Robert L Novak

**SERVICE LIST**

**LONNIE RATLIFF, JR., an individual v. JP MORGAN CHASE BANK, N.A., a National Banking Association aka CHASE; EMC MORTGAGE, LLC f/k/a EMC MORTGAGE CORPORATION; HOMESALES, INC., a Delaware corporation; THE MORTGAGE STORE FINANCIAL, INC., a California corporation; IMPAC MORTGAGE HOLDINGS, INC., a Maryland corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY aka DEUTSCHE BANK TRUST AS TRUSTEE FOR SECURITIZED TRUST IMPAC CMB 2003-12 TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC., a limited liability company; FIRST AMERICAN TITLE INSURANCE CO. and DOES 1 through 100, inclusive**

**3:17-cv-02155-EMC**

| **Counsel for Plaintiff – Lonnie Ratliff, Jr.**<br>Michael James Yesk<br>Yesk Law<br>70 Doray Dr., #16<br>Pleasant Hill, CA 94523<br>Tel: (510) 909-9700<br>Fax: (925) 887-6642<br>yesklaw@gmail.com | **Counsel for Plaintiff – Lonnie Ratliff, Jr.**<br>Clarisse Jien-Yee Chung<br>Foley Lardner LLP<br>One Maritime Plaza, 6th Fl.<br>San Francisco, CA 94111<br>Tel: (415) 434-4484<br>Fax: (415) 434-4507<br>Clarisse@crossroadslegalgroup.com |
|---|---|

DEFENDANT IMPAC MORTGAGE HOLDINGS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

300372432v1 2009