Name: Lonnie Ratliff, Jr.
Address: P.O. Box 30801
City, State, Zip: Oakland, CA. 94604
Phone: (510) 506-2758
Fax:
E-Mail:
☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

FILED
JAN 19 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| LONNIE RATLIFF, JR. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 3:17-cv-02155-EMC |
| v. JP MORGAN CHASE BANK, N.A.; et al [Additional Defendants listed on attachment] DEFENDANT(S). | NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that _____LONNIE RATLIFF, JR._____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   two judgments in favor of all defendants
☐ Other (specify):

Imposed or Filed on 12/22/2017 and 1/11/2018. Entered on the docket in this action on 12/22/2017 and 1/11/2018.

A copy of said judgment or order is attached hereto.

January 19, 2018
Date

Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# ATTACHMENT TO NOTICE OF APPEAL
## PARTIES AND THEIR COUNSEL IN U.S. DISTRICT COURT

**PLAINTIFF** Lonnie Ratliff, Jr.

Represented in U.S. District Court by:

Michael James Yesk
70 Doray Dr., Suite 16
Pleasant Hill, CA. 94523
(510) 909-9700

Clarisse Jien-Yee Chung
Crossroads Legal Group
800 W. El Camino Real, Suite 180
Mountain View, CA. 94040
(650) 332-4905

---

**APPELLANT** Lonnie Ratliff, Jr. will represent himself on appeal In Pro Per

New address for Lonnie Ratliff, Jr. In Pro Per on appeal:

Lonnie Ratliff, Jr.
P.O. Box 30801
Oakland, CA. 94604
(510) 506-2758

---

## DEFENDANTS

JP Morgan Chase Bank, N.A., a National Banking Association aka CHASE;
EMC Mortgage, LLC f/k/a EMC Mortgage Corporation;
Homesales, Inc., a Delaware corporation;
The Mortgage Store Financial, Inc., a California corporation;
Mortgage Electronic Registration System, Inc.

1

Represented in U.S. District Court by:

Joseph James Poppen
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA. 94105
(415) 675-3400

---

## DEFENDANTS

Impac Mortgage Holdings, Inc., a Maryland corporation;
Deutsche Bank National Trust Company aka Deutsche Bank Trust as Trustee for Securitized Trust Impac CMB 2003-12 Trust

Represented in U.S. District Court by:

Renee Choy Ohlendorf
Hinshaw & Culbertson LLP
One California Street
18th Floor
San Francisco, CA. 94111
(415) 362-6000

Tyler Austin Carle
Hinshaw & Culbertson LLP
One California Street
18th Floor
San Francisco, CA. 94111
(415) 362-6000

---

## DEFENDANTS

Executive Trustee Services LLC;
First American title Insurance Co.

Unrepresented in U.S. District Court

2

# ATTACHMENT TO NOTICE OF APPEAL

# COPY OF FINAL JUDGMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE RATLIFF,<br><br>    Plaintiff,<br><br>    v.<br><br>MORTGAGE STORE FINANCIAL, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-02155-EMC<br><br>**JUDGMENT** |

On December 22, 2017, the Court granted Defendant Deutsche Bank National Trust Company's Motion to Dismiss (*see* Order, Docket No. 78). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 22, 2017

EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE RATLIFF, <br><br>   Plaintiff, <br><br> v. <br><br> MORTGAGE STORE FINANCIAL, INC., et al., <br><br>   Defendants. | Case No. 17-cv-02155-EMC <br><br> **SECOND JUDGMENT** |

On July 5, 2017, the Court dismissed all claims against Defendants JPMorgan Chase Bank, N.A.; Homesales, Inc.; EMC Mortgage, LLC; and Mortgage Electronic Registration Systems, Inc. *See* Docket No. 25. Additionally, on November 29, 2017, the Court dismissed all claims against Defendant Impac Mortgage Holdings, Inc. *See* Docket No. 74.

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of these Defendants.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 11, 2018

_____
EDWARD M. CHEN
United States District Judge

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA         )
                            )
COUNTY OF ALAMEDA           )

I am a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within action; my address is:

2302 - 9th Ave,
Oakland, CA 94606

On  1-19 , 2018, I served the following documents filed by Lonnie Ratliff, Jr. at the Clerk's Office, United States District Court, Northern District of California, San Francisco Division in Civil case no. 3:17-cv-02155-EMC

**Notice of Appeal**

by placing true copies thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Oakland, California addressed as follows:

Joseph James Poppen
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA. 94105

Renee Choy Ohlendorf
Hinshaw & Culbertson LLP
One California Street
18th Floor
San Francisco, CA. 94111

1

Tyler Austin Carle
Hinshaw & Culbertson LLP
One California Street
18th Floor
San Francisco, CA. 94111

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

    Executed on __1-19-2018__ 2018, at Oakland, California

    Signature: ___Janet M. Ratliff___

    PrintedName: ___JANET M. RATLIFF___
                          Declarant